# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *July 14, 2006*

[Cite as 07/14/2006 Case Announcements, 2006-Ohio-3581.]

## MISCELLANEOUS DISMISSALS

**2006–0978. Rowe v. Brunsman.**
Ross App. No. 06CA2891, 2006-Ohio-1964. This cause is pending before the court as an appeal from the Court of Appeals for Ross County. It appears from the records of this court that appellant has not filed a merit brief, due July 5, 2006, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause is dismissed sua sponte.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–1249. State ex rel. Rankin v. Cyned Transport Corp.**
Franklin App. No. 05AP–845, 2006-Ohio-2962.

**2006–1301. State ex rel. Xerox Corp. v. Indus. Comm.**
Franklin App. No. 05AP–140, 2006-Ohio-2680.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2006–0910. State ex rel. PFC Lamont Hill Memorial v. Petro.**
In Mandamus.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *July 18, 2006*

[Cite as 07/18/2006 Case Announcements, 2006-Ohio-3648.]

## MOTION AND PROCEDURAL RULINGS

**2003–1904. State v. Ferguson.**
Montgomery C.P. No. 2002CR00353. By entry filed June 7, 2006, this court ordered that appellant's sentence be carried into execution on Tuesday, the 8th day of August, 2006. In order to facilitate this court's timely consideration of any matters relating to the execution of appellant's sentence,

IT IS ORDERED by the court that the Chief Justice may suspend application of any provisions of the Rules of Practice of the Supreme Court, including, but not limited to, the filing requirements imposed by S.Ct.Prac.R. XIV(1).

IT IS FURTHER ORDERED that service of documents as required by S.Ct.Prac.R. XIV(2) shall be personal or by facsimile transmission.

IT IS FURTHER ORDERED that counsel of record for the parties shall supply this court with a copy of any document relating to this matter that is filed in, or issued by, any other court in this state or any federal court, as well as any commutation, pardon, or warrant of reprieve issued by the Governor. A copy of the document shall be delivered to the office of the Clerk as soon as possible, either personally or by facsimile transmission.